IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CYPRIEN,

    Petitioner,                      No. CIV S-08-0379 FCD EFB P

   vs.

SISTO, et al.,

    Respondents.                  ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file a response to the February 20, 2008, petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's June 20, 2008, request for an extension of time is granted. Respondent is relieved of his obligation to file a response to petition pending the court's ruling on the pending request to stay.

Dated: September 11, 2008.

                                              /s/ Edmund F. Brennan
                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE